UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20330-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DANIEL LACEY**,

    Defendant.

_____/

<b><u>ORDER</u></b>

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on March 24, 2025 [ECF No. 144]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 144]** is **AFFIRMED AND ADOPTED**, and Defendant, Daniel Lacey's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 28th day of March, 2025.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Magistrate Judge Lisette M. Reid